Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Civil Division

FILED by PG D.C.

JAN 09 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Jimmy Jean-Baptiste Noel

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Arias, Antonio      -v-  David, Santiago
Pacheco, Jorge           Jean, Doe
Porterfield, Matthew     Frank, Adderly
Reyes, Larry

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____

(to be filled in by the Clerk's Office)

cat/div 1983/550/Broward
Case # _____
Judge _____ Mag PAW
Motn Ifp YES → Fee pd $ 100
Receipt # _____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                    ~~David~~  ~~Santiago~~  Jimmy Jenn-Baptist Noel

All other names by which
you have been known:

ID Number                               5715034

Current Institution                     P.O. BOX 9356
Address

Fort lauderdale          Florida          33310
City                    State            Zip Code

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                    David   SANTIAGO
Job or Title *(if known)*               Detective
Shield Number                           1653
Employer                                Fort lauderdale  Police  Dept
Address                                 1300  W  Broward  Blvd

Fort lauderdale          FL              33312
City                    State            Zip Code

☑ Individual capacity      ☐ Official capacity

Defendant No. 2

Name                                    LARRY   REYES
Job or Title *(if known)*               Detective
Shield Number                           1687
Employer                                Fort lauderdale  Police  Dept
Address

Fort lauderdale          FL              33312
City                    State            Zip Code

☑ Individual capacity      ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                     Matthew Porterfield
    Job or Title *(if known)*   Detective
    Shield Number          1767
    Employer              Fort Lauderdale Police Dept
    Address               1300 W. Broward Blvd

Fort Lauderdale      Fl        33312
*City*                 *State*           *Zip Code*

[✓] Individual capacity     [ ] Official capacity

Defendant No. 4
    Name                     Jorge Pacheco
    Job or Title *(if known)*   Detective
    Shield Number          Fort Lauderdale 1775
    Employer              Fort Lauderdale Police Department
    Address               1300 W. Broward Blvd

Fort Lauderdale      Fl        33312
*City*                 *State*           *Zip Code*

[✓] Individual capacity     [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Fourth Amendment claim of unlawful use of force and failure to Intervene. Pendent state law battery

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
federal law. Attach additional pages if needed.

During a arrest officer decide to retaliate against me because
of previous lawsuit and beat me for complaint filed against Detectives
of unlawful cavity search, false arrest.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓]     Pretrial detainee

[ ]     Civilly committed detainee

[ ]     Immigration detainee

[ ]     Convicted and sentenced state prisoner

[ ]     Convicted and sentenced federal prisoner

[ ]     Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

1234 NE 5ᵗʰ Terr, Fort lauderdale Fl 33310

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

January 8, 2014     5:00 p.m.

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was beaten by the police, David Santiago, and Larry Reyes

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Shoulder Injurys, teeth looseness
Multiple Concussion, permanent damage to eye sight, spine injurys

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Hospital bills,

100,000 Compensatory damages, 100,000 punitive damages

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

~~☐ Yes~~

☑ No        N/A

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

N|A

2.    What did you claim in your grievance?

N|A

3.    What was the result, if any?

N|A

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

N|A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

Situation did not occur in a Institution

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Internal Affairs / Case closed

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Internal Affairs Complaint

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Jimmy Jean Baptiste Noel

Defendant(s)   Jared Gross, Larry Reyes, and Steven Johnson

2.   Court *(if federal court, name the district; if state court, name the county and State)*

United States District Court Southern District of Florida

3.   Docket or index number

16 - 62637,

4.   Name of Judge assigned to your case

GAYLES / WHITE

5.   Approximate date of filing lawsuit

October 2016

6.   Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pretrial statements

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   No , Yes

not relating to the condition of my imprisonment

☑ Yes

☐ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)   Jimmy Jenn-Baptiste Noel
    Defendant(s)   Benjamin Ledbetter,

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    United states District Southern District of Florida

3.  Docket or index number
    16-62449

4.  Name of Judge assigned to your case
    Dimitroleas / white

5.  Approximate date of filing lawsuit
    October 2016

6.  Is the case still pending?
    ☐ Yes
    ☑ No

    If no, give the approximate date of disposition   Appeal

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    dismissed      yes appealed

IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-3-2018

Signature of Plaintiff    Jimy Jean Baptiste Noel
Printed Name of Plaintiff    Jimmy Jean-Baptiste Noel
Prison Identification #    571508424
Prison Address    P. O. BOX  9356
                        Fort Lauderdale     Fl     33310
                        _City_              _State_   _Zip Code_

B.     **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
                        _City_              _State_   _Zip Code_

Telephone Number    _____
E-mail Address    _____

Not A Amended Compliant

## INSTRUCTIONS FOR FILING A
## COMPLAINT UNDER THE CIVIL RIGHTS ACT
## 42 U.S.C., SECTION 1983

This packet includes two forms:
(1)     Complaint Under The Civil Rights Act, 42 U.S.C.§ 1983
(2)     Application to Proceed Without Prepayment of Fees or Costs

To start an action under the you must file:
·       an original, signed complaint,
·       one copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you file the original complaint plus two copies. You should also keep a copy for your records. All copies of the complaint must be identical to the original, signed complaint.
·       filing fee of $400.00 or an Application to Proceed Without Prepayment of Fees/Costs

Return the above forms and/or filing fee to the following address:

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil to complete these form s). As the plaintiff, you m ust sign and swear to the accuracy of the information in the com plaint. If you need m ore space than is provided on t he form, attach an additional blank page to the complaint.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the Southern District of Florida. Also,you must file a separate complaint for each claim you have unless the claims are related to the same incident or issue.

In your complaint, you must provide the facts; you should not include legal arguments or citations.

# Defendants

Defendant No. 5

Name          Antonio Arias

Job or Title     Detective

Shield Number     1799

Employer        Fort lauderdale Police Department

Address        1300 W. Broward Blvd  33312

            Fort lauderdale Fl  33312

☑ Individual Capacity

Defendant NO.6

Name          Frank Adderly

Job or Title     Chief

Shield Number

Employer        Ft lauderdale Police Department

Address        1300 W. Broward Blvd  33312

☑ Individual Capacity    ☑ official Capacity

Defendant No 7

Name          John Doe

Job or Title     Supervisor

Shield Number

Employer        Fort lauderdale Police Department

Address        1300 W Broward Blvd 33312

☑ Individual Capacity    ☑ official Capacity

# Statement of Claim

1. On January 28, 2014 while Jean-Baptiste Noel, was on his cell phone in the Parking lot of apartment complex building 1234 N.E 5th Terr. Fort lauderdale Florida

2. A unmarked police Van pulls up in a police fashion, doors open with 5 Fort lauderdale Police officers Defendants Antonio Arias, Jorge Pacheco, Matthew Poterfield, Larry Reyes, and David Santiago Dressed in plain clothes Jumps out and surronds plaintiff Jean-Baptiste Noel

3. Defendant Poterfield takes plaintiff Jean-Baptiste Noel cell phone and places Jean-Baptiste Noel into handcuffs.

4. Defendant Reyes question plaintiff Jean-Baptiste Noel about Antonio Grant whereabouts Who is plaintiff Co-defendant in a traffic stop ensuing arrest that occurred August 22, 2013 That created previous complaints by us to Internal Affairs about the Unlawful body cavity Search, excessive force and false arrest. This incident also Created a Federal lawsuit Antonio Grant verus Fort lauderdale police Jared Gross, Steven Johnson Larry Reyes and the City of Fort lauderdale Case No. 15-161128 and No. 16-62637

5. Defendant Santiago escorted plaintiff Jean-Baptiste Noel to the unmark police Vehicle. Picks up Jean-Baptiste Noel and slams plaintiff Jean-Baptiste Noel face and shoulder first into the Vehicle floor board Jumps on top of plaintiff Jean-Baptiste Noel punching and kicking plaintiff Maliciously in the face, head, and body.

6. Defendant Reyes also participated in punching and kicking plaintiff Jean-Baptiste Noel in the face, head, and back. To maliciously and sadistically cause plaintiff Jean-Baptiste Noel harm, as retribution for the complaints to Internal affairs and the Federal lawsuit filed against Fortlauderdale Police by my Co-defendant Antonio Grant as retaliation, unnecessary and wanton infliction of pain untill Plaintiff Jean-Baptiste Noel was Unconcious.

7. While being transported to Fortlauderdale Police Department in the unmark Police Vehicle Plaintiff Jean-Baptiste Noel regain conciousness while Defendant Santiago conducted a unlawful body cavity search for drugs in between the buttock area and digitally penetrating plaintiff Jean-Baptiste Noel anus, no drugs was discovered from the search.

8. Defendant Santiago removed plaintiff Jean-Baptiste Noel wallet which contained $1,660 and $4,000 in the other rear pocket totaling $5,660.

9. Defendant Reyes takes plaintiff Jean-Baptiste Noel $4,000 and was drop off at a undisclose location. Threaten me about reporting incident with additional add charges.

10. After arriving at Fortlauderdale police Department. Defendant Poterfield threaten Plaintiff Jean-Baptiste Noel about reporting incident with additional charges told me I am a lucky nigger, lucky to be a live and spit in plaintiff Jean-Baptiste Noel face.

11. Defendants Antonio Arias, and Jorge Pacheco witness these incidents of their Colleagues acting in bad faith with malicious purpose, exhibiting wanton and willful disregard of human rights and failed to Intervene.

12. Plaintiff Jean-Baptiste Noel was escorted by Defendant Poterfield to the Sally port of Fortlauderdale police Department for booking. There was only $1,660 of plaintiff Jean-Baptiste Noel money placed into the property evidence which was missing $4,000

13. Plaintiff Jean-Baptiste Noel was later transported to Broward County Main Jail for the secondary booking. Incident was reported by plaintiff Jean-Baptiste Noel, and had to be taken to the hospital for medical Jail Clearence.

14. While being evaluated at Broward Health Medical Center, Internal affairs Conducted a Investigation interview of plaintiff Jean-Baptiste Noel, special Victim unit investigator was aware of previous Complaints and retaliatory actions.

15. Plaintiff was taken back to Broward County Main Jail Charged with
1. Delivery of Cocaine within 1,000 feet of a child Care facility and
2. Resist with Violence and bonded out of Jail

16. The delivery of cocaine plaintiff Jean-Baptiste Noel, was arrested for had a delayed arrest 5 months. The incident occurred August 28, 2013 Involved Is Fort lauderdale police Jared Gross, Steven Johnson, and Larry Reyes with a Confidential Informant as retaliation and a Causal Connection against

Plaintiff Jean-Baptiste Noel for previous complaints to Internal Affairs and Federal lawsuit filed against Fort lauderdale police by my Co-defendant Antonio Grant.

17. On January 15, 2015 plaintiff Jean-Baptiste Noel had to return back to Broward Health Medical Center for Medical attention. Plaintiff Jean-Baptiste Noel sustained several injurys bruises and swelling to face, Permanent damage to eye sight, Multiple head concussion, damage to spine, injurys to Shoulder, Neck and knee. looseness of teeths also suffering from mental anguish

18. September 27, 2017 plaintiff Jean-Baptiste Noel was acquitted by a Jury in the Circuit of the Seventeenth Judicial Circuit in and for Broward County Florida for 1. Battery on a Law enforcement officer and 2. Resist officer with Violence.

19. Defendants Frank Adderly, chief of Fort lauderdale Police Department Individually and in his official Capacity and John Does, Directors and/ or Supervisors of Fort lauderdale Police Department.

20. For ignoring and failing to react, the Causal connection was established After the Internal Affairs complaint where made which show a history of widespread abuse that puts a responsible Supervisor on notice of the need to correct the alleged deprivation and they failed to do so.

21. Fort lauderdale Police Department was subjectively aware of the substantial risk of harm. Failed to ensure adequate supervison and monitoring of there Officers and Detectives with plaintiff Jean-Baptiste Noel, that have a history of Complaints for use-of-force, unlawful body Cavity Searchs, rape, retaliation falsifying police reports and Federal lawsuit pending against these officers

22. These facts support an inference that Fort lauderdale Police Department Chief Frank Adderly and/or Supervisors directed the subordinates to act Unlawfully or Knew that the Subordinates would act unlawfully and failed to stop them from doing so.

23. Constitutes as unconstitutional deliberate indifference to plaintiff Jean-Baptiste Noel Eighth and Fourteenth Amendment rights

# EXHAUSTION OF LEGAL REMEDIES

24. Plaintiff Jean-Baptiste Noel reported two incident to Fort lauderdale Internal Affairs Department and the special victims unit to try and Solve the problems for August 22, 2013 and January 08, 2014 both Investigation was considered Closed. Plaintiff Jean-Baptiste Noel did not appeal because Plaintiff has to focus on the criminal case against him that was fabricated and used to extort plaintiff

# LEGAL CLAIMS

25. Defendants Poterfield, Reyes, and Santiago used excessive force against Plaintiff Jean-Baptiste Noel by punching Jean-Baptiste Noel in the face, head, and body when Plaintiff Jean-Baptiste Noel was not violating any use of force policys and was not acting disruptively Defendant Santiago and Reyes action violated plaintiff Jean-Baptiste Noel right under the Eighth Amendment to the United States Constitution, and caused plaintiff Jean-Baptiste Noel, pain, suffering, physical injury and emotional distress.

26. Defendant Poterfield, Reyes, and Santiago used and continues to use excessive force against Plaintiff Jean-Baptiste Noel by punching and kicking him in the face, head, and body repentedly when Jean-Baptiste Noel is not violating any use-of-force, nor acting disruptively in any way. Defendants Santiago and Reyes action violated and continues to violate plaintiff Jean-Baptiste Noel rights Under the Eighth Amendment to the United States Constitution and is causing plaintiff Jean-Baptiste Noel, pain, suffering, physical injury and emotional distress.

27. By witnessing Defendants Santiago and Reyes illegal action, failing to correct that misconduct, and encouraging the continuation of the Misconduct Defendant Arias, Pacheco and poterfield is also violating Plaintiff Jean-Baptiste Noel rights under the Eighth Amendment to the United States Constitution and Causing plaintiff Jean-Baptiste Noel, suffering physical injury and emotional distress

28. By threatening plaintiff Jean-Baptiste Noel with physical violence for exercising of his right to seek redress from Internal affairs through use of the grievance system Defendant Reyes is retaliating against plaintiff Jean-Baptiste Noel unlawfully in violation of plaintiff Jean-Baptiste Noel rights Under the First Amendment to the United States Constitution these Illegal actions are causing plaintiff Jean-Baptiste Noel injury to his First Amendment rights.

29. Plaintiff Jean-Baptiste Noel has no plain, adequate or complete remedy at law to redress the wrongs described herein Plaintiff has been and will Continue to be irreparably injured by the Conduct of the Defendants unless this Court grants the declaratory and injunctive relief which plaintiff seeks

WHEREFORE, Plaintiff respectfully pray that this court enter Judgment

30. Granting plaintiff Jean-Baptiste Noel a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

31. A preliminary and permanent injunction ordering defendants Reyes, Johnson, and Cross, to cease their physical violence, threats and malicious Prosecution against plaintiff

32. Granting Plaintiff Jean-Baptiste Noel compensatory damages in the Amount of $100,000 against each defendant

33. Plaintiff Jean-Baptiste Noel seeks punitive damages in the amount of $100,000 against each defendant.

34. Plaintiff also seek a Jury trial on all issues triable by Jury

35. Plaintiff also Seek recovery of their cost in this suit and

36. Any additional relief this court deems Just, proper and equitable

Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief and as to those I believe them to be true I certify under penalty of perjury that the foregoing is true and correct.

Certificate of service

I hereby certify that this motion was placed in the hands of institutional staff on this 3rd day of January 2018 for mailing.

Respectfully submitted.

Jimmy Jean-Baptiste Noel

571503424

P.O. BOX 9356

Fort lauderdale Fl 33310

1-3-2018

Jimmy Jean Pierre
571503424
P. O. Box 9356
Fort lauderdale Fl 33310

**USMS
INSPECTED**

RECE

USMS INSPECTED

In House Legal M

JAN 09 2018 PITNEY BOWES
02 1P 1:18 PM $ 001.09⁰
0001954888 JAN 04 2018
MAILED FROM ZIP CODE 33301

Clerks office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, Fl 33128 - 7716